# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>JOAQUIN GONZALEZ-VICENCIO,<br><br>　　　　　Defendant. | Case No. 22CR1027-JLS<br><br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

　　Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED,** that the Motion Hearing/Trial Setting in Case No. 22CR1027-JLS is continued from June 3, 2022 at 1:30 p.m., to July 15, 2022 at 1:30 p.m.

　　The Court finds good cause that time is excludable in the interests of justice and under 18 U.S.C. § 3161(h)(1)(D).

　　**SO ORDERED.**

Dated:  June 1, 2022

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge